IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DONALD CLIFFORD PITTS, *

Plaintiff, *

v. Case No. 7:19-cv-213 (WLS-ALS)
*

COMMISSIONER OF SOCIAL SECURITY,
*

Defendant.
*

# JUDGMENT

Pursuant to the Order of this Court filed August 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $2,345.49.

This 28th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk